KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| CHARLES ELLIOTT MASON<br>APRIL DAWN MASON | Bankruptcy No. 10-20054 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On May 11, 2011, Check # 104, in the amount of $4,602.47 was issued to UHEAA.

2. Said check was returned unclaimed.

3. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92008685618666.

4. The last known name and address of the payee, to which the check was sent, is as follows:

   UHEAA
   PO Box 69184
   Harrisburg PA 17106

5. A check in the amount of $4,602.47, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 2nd day of June, 2011.



KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 2nd day of June, 2011.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_____