KEVIN V. OLSEN (#4105)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Utah Attorney General
160 East 300 South, 5th Floor
P.O. Box 140853
Salt Lake City, Utah  84114-0853
Telephone: (801) 366-0126
email address: kvolsen@utah.gov
Attorneys for Creditor, Utah Higher Education Assistance Authority

UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

In Re:

MASON, CHRISTIAN E. and
MASON, APRIL D.,                                    Case No. 10-20054

       Debtors,                                  Chapter 7
                                                  Judge William T. Thurman

                                                  **[Filed Electronically]**

**APPLICATION FOR UNCLAIMED FUNDS**

      Petitioner, Utah Higher Education Assistance Authority ("UHEAA"), by and through its

attorney, Kevin V. Olsen, Utah Assistant Attorney General, hereby petitions the Court for

$2,777.88, being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed

funds.  Petitioner, UHEAA, certifies that petitioner is a creditor in the above referenced

bankruptcy proceeding and the unclaimed funds are lawfully due to petitioner. The petitioner did not receive the dividend check in the above case for the following reason:

>A distribution check issued in UHEAA's name in the amount of $4,602.47 was sent by the trustee to an unknown address and was returned to the trustee as unclaimed.
>(See AFFIDAVIT OF TERI VIG attached hereto as Exhibit A.)

The petitioner's current mailing address is:

>UHEAA
>PO Box 145108
>Salt Lake City UT 84114-5108

DATED this 20th day of July, 2011.

/s/Kevin V. Olsen
KEVIN V. OLSEN (#4105)

***** END OF DOCUMENT ****

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **APPLICATION FOR UNCLAIMED FUNDS** was served pursuant to Court's Electronic Case Filing system this 20th day of July, 2011 to the following:

Marji Hanson
Attorney for Debtors
352 South Denver Street, Suite 240
Salt Lake City UT 84111

Trustee
Kenneth A. Rushton
P.O. Box 212
Lehi UT 84043

Office of United States Trustee
Ken Garff Bldg.
405 South Main Street, Suite 300
Salt Lake City UT 84111

U.S. Attorney's Office
District of Utah
185 South State Street, Suite 300
Salt Lake City UT 84111

Served via U.S. first class, prepaid mail
    U.S. Attorney's Office
    District of Utah
    185 South State Street, Suite 300
    Salt Lake City UT 84111

                                  /s/Kevin V. Olsen
                                  KEVIN V. OLSEN (#4105)

# EXHIBIT A