KEVIN V. OLSEN (#4105)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Utah Attorney General
160 East 300 South, 5th Floor
P.O. Box 140853
Salt Lake City, Utah 84114-0853
Telephone: (801) 366-0126
email address: kvolsen@utah.gov
*Attorneys for Creditor, Utah Higher Education Assistance Authority*

---

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

---

| | |
|---|---|
| In re: MASON, CHRISTIAN E. and MASON, APRIL D.<br><br>Debtors, | Chapter 7<br><br>Bankruptcy No.    10-20054<br><br>Judge William T. Thurman |

---

**AFFIDAVIT OF TERI VIG**

SALT LAKE COUNTY    )
                    ss.
STATE OF UTAH       )

TERI VIG, being first duly sworn upon oath, deposes and states as follows:

1.  That she is the Assistant Director of Loan Servicing for the Creditor, Utah Higher Education Assistance Authority ("UHEAA"), and as such is personally familiar with the following facts.

2. That the Debtor, April D. Mason, is obligated on a student loan that is being serviced by UHEAA and that said Debtor currently has an outstanding balance on her loan in the amount of $2,777.88. A copy of UHEAA's record regarding this student loan is attached hereto as Attachment I.

3. That UHEAA did not receive notice of Debtors' bankruptcy petition until the Debtors' attorney called and requested it to apply for payment of the money that the trustee had deposited with the Court Clerk after his distribution check was returned unclaimed.

4. That the Proof of Claim that purported to have been filed in this case by UHEAA was not filed by UHEAA; UHEAA does not know the identity of the signer of the Proof of Claim; and UHEAA does not have a claim against Christian Elliott Mason.

5. That the address given in the Proof of Claim is that of Pennsylvania Higher Education Assistance Authority ("PHEAA"), which is a student loan servicer similar to UHEAA.

6. That Affiant contacted PHEAA and was told that it does not have an outstanding student loan with either Christian Mason or April Mason and that as a result it would not have kept the trustee's distribution check because it does not have an account for either of them.

7. That as far as Affiant has been able to determine, UHEAA is entitled to receive $2,777.88 from the $4,602.47 that the trustee deposited with the Court Clerk for UHEAA's benefit.

8. That UHEAA has given its attorney, Kevin V. Olsen, authority to file with the Clerk of the Court on its behalf an Application for Unclaimed Funds for this amount.

DATED this 14th day of July, 2011.

_____
TERI VIG

SUBSCRIBED AND SWORN TO before me this 14 day of July, 2011.

_____
Notary Public



Notary Public
DOROTHY BAILEY
Commission #579024
My Commission Expires
May 5, 2013
State of Utah

# ATTACHMENT I



```
   ITS20529352452;                      UHEAA           VTAM KHWS        TSX2Q
DATE 07/14/11 16:29:58    PAYOFF CALCULATION TOTALS


BORROWER SSN: xxx xx 2452

NAME: APRIL D MASON

REQUESTED PAYOFF DATE:  07 14 11


TOTAL PAYOFF AMOUNT:       2,777.88

TOTAL PRINCIPAL DUE:       2,770.83
TOTAL INTEREST DUE:            7.05
TOTAL PREPAYMENT FEE:          0.00
TOTAL DAILY INTEREST:          0.29
TOTAL PAST DUE AMOUNT:         0.00
TOTAL LATE FEES DUE:           0.00

TOTAL PENDING SUPP FEES:       0.00


F1=HELP   F3=EXIT   F4=LETTER   F9=PRT   F12=CAN
```